## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Gloria A Johnson

Debtor

Chapter 13 No.    12-20843

Judge    A. Benjamin Goldgar

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on January 3, 2018, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on January 3, 2018 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
150 N Michigan Ave., Suite 2600
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.2177

**SERVICE LIST**

Gloria A Johnson
800 W. Arquilla Dr
Glenwood, IL 60425

Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, IL 60604
312-431-1300

Punit Marwaha
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603